UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENIE FRANCOIS,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

19-CV-11119 (ER)

ORDER OF SERVICE

EDGARDO RAMOS, United States District Judge:

    Plaintiff Eugenie Francois paid the filing fee to bring this *pro se* action under the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634; the New York City Human Rights Law, N.Y.C. Admin. Code §§ 8-101 to 131; and the New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297.

    The Clerk of Court is directed to issue a summons as to Defendant New York City Department of Education.

    Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

## CONCLUSION

The Clerk of Court is directed to issue a summons, and to mail the summons and a copy of this order to Plaintiff, noting service on the docket.

SO ORDERED.

Dated: December 9, 2019
       New York, New York

EDGARDO RAMOS
United States District Judge