**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EUGENIE FRANCOIS,

                    Plaintiff,

    -against-                              19 **CIVIL** 11119 (ER)

                                               **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 16, 2021, the Department's motion to dismiss is GRANTED, except that Francois's New York state and city law claims are dismissed without prejudice. Francois is otherwise denied leave to replead; accordingly, this case is closed.

**Dated:** New York, New York

      February 16, 2021

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                      **BY:**
                                                  _K. Mango_
                                                  **Deputy Clerk**